AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Kravitz, Mark R. | 2. Court or Organization  District Court-Connecticut | 3. Date of Report  05/03/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge--Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address  141 Church Street  NewHaven, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

■ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 (trust for ▒▒▒▒) |
| 2. Trustee | Trust # 2 (trust for ▒▒▒▒) |
| 3. Custodian | ▒▒▒ # 1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Kravitz, Mark R.

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 05/03/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 11/11/09 | University of Melbourne Graduate School of Law, Melbourne, Australia (see NOTE 6) | $8,239.50 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | May 2009 | Chicago, IL | Lecture: E-Discovery Conference | Transportation, lodging, meals |
| 2. | American Bar Association, Litigation Section | June 2009 | Hot Springs, VA | Lecture: Annual Meeting | Transportation, lodging, meals |
| 3. | National Employment Lawyers Association | June 2009 | Rancho Mirage, CA | Lecture: Annual Meeting | Transportation, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 05/03/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Third Avenue Value Fund | A | Dividend | M | T | | | | | |
| 2. Third Avenue Real Estate Value | A | Dividend | K | T | | | | | |
| 3. Fidelity Contrafund | A | Dividend | L | T | | | | | |
| 4. Fidelity AMT Tax-Free Money Market Fund | C | Distribution | M | T | Sold (part) | 05/07/09 | K | A | |
| 5. Fidelity Cash Reserves | D | Distribution | M | T | | | | | |
| 6. Fidelity Cash Management Account | A | Dividend | K | T | | | | | |
| 7. Conn. Bond Due 06/15/10 | B | Interest | K | T | | | | | |
| 8. Guilford Savings Bank | A | Interest | J | T | | | | | |
| 9. Pacific Ethanol Inc. | A | Dividend | J | T | | | | | |
| 10. Fidelity Int'l Discovery Fund | A | Dividend | K | T | | | | | |
| 11. Fidelity Spartan Mkt Index Investor Class | B | Distribution | K | T | | | | | |
| 12. Fidelity Cash Management Money Market Fund (see note 5) | B | Distribution | | | Sold | 2/11/09 | P1 | | |
| 13. Fidelity Institutional Money Mkt Fund (see note 5) | E | Distribution | P1 | T | Buy | 2/11/09 | P1 | | |
| 14. Fidelity Spartan 500 Index Advantage Class | B | Distribution | L | T | | | | | |
| 15. Awbury Partners (see note 1) | G | Distribution | P2 | T | | | | | |
| 16. P2 Capital Fund IV, L.P. (see note 2) | A | Distribution | M | T | Buy | 09/18/09 | L | | |
| 17. Saugatuck Capital VI LLC (see note 3) | A | Distribution | L | T | Buy | 07/06/09 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Saugatuck Capital V LLC (see note 3) | C | Distribution | L | T | | | | | |
| 19. IRA # 1 (Roll-Over IRA created 7/1/03) | | | | | | | | | |
| 20. --Fidelity Cash Reserves | C | Interest | L | T | | | | | |
| 21. --Fidelity Diversified Int'l Fund | A | Dividend | K | T | | | | | |
| 22. --Spartan 500 Index Fid Advantgae | B | Dividend | L | T | | | | | |
| 23. --Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 24. --Fidelity Puritan Fund | B | Dividend | K | T | | | | | |
| 25. --Fidelity Value Fund | A | Dividend | K | T | | | | | |
| 26. --Third Avenue Value Fund | A | Dividend | M | T | | | | | |
| 27. --Alpine Dynamic Dividend Fund | D | Dividend | | | Sold | 01/10/09 | L | A | |
| 28. --Spartan Int'l Index Investors | B | Distribution | L | T | | | | | |
| 29. -- Fidelity Inflation Protected Bond fund | A | Distribution | L | T | Buy | 10/11/09 | L | | |
| 30. --Goldman Sachs | A | Dividend | K | T | Buy (add'l) | 01/20/09 | J | | |
| 31. --Goldman Sachs | A | Dividend | K | T | Sold (part) | 09/01/09 | K | | |
| 32. --General Electric | A | Dividend | J | T | | | | | |
| 33. --Genzyme Corp. | A | Dividend | K | T | | | | | |
| 34. --Genzyme Corp. | A | Dividend | K | T | Buy (add'l) | 04/22/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   IRA # 2 | | | | | | | | | |
| 36.   --Janus Orion Fund | A | Distribution | K | T | | | | | |
| 37.   Custodian Account # 1 | | | | | | | | | |
| 38.   --Fidelity Cash Management Account | A | Interest | K | T | | | | | |
| 39.   --Spartan 500 Index Investor Class | A | Dividend | K | T | | | | | |
| 40.   --Third Avenue Value Fund | A | Distribution | L | T | | | | | |
| 41.   --American Capital Strategies | A | Dividend | J | T | | | | | |
| 42.   --Fidelity Contrafund Fund | A | Dividend | K | T | | | | | |
| 43.   --Fidelity Cash Reserves | A | Distribution | J | T | | | | | |
| 44.   --Awbury Partners (see note 1) | D | Distribution | O | T | | | | | |
| 45.   Trust # 4 | | | | | | | | | |
| 46.   --Awbury Partners (see note 1) | D | Distribution | O | T | | | | | |
| 47.   --Fidelity Cash Management Account | B | Interest | M | T | | | | | |
| 48.   --Third Avenue Value Fund | A | Distribution | L | T | | | | | |
| 49.   --American CenturyUltra Fund | A | Distribution | J | T | | | | | |
| 50.   Trust # 5 | | | | | | | | | |
| 51.   --Awbury Partners (see note 1) | E | Distribution | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/y | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Oracle Common Stock | A | Dividend | K | T | | | | | |
| 53. --Spartan 500 Index Investors Class | A | Distribution | J | T | | | | | |
| 54. --Fidelity Cash Reserves | C | Dividend | K | T | | | | | |
| 55. --Third Avenue Value Fund | A | Distribution | K | T | | | | | |
| 56. --Fidelity Contrafund | A | Distribution | K | T | | | | | |
| 57. --Fidelity Cash Management Account | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kravitz, Mark R. | 05/03/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1: Awbury Partners, L.P. is a large diversified investment partnership that is managed by one, overall fund manager and several investment advisors. Awbury Partners is, in effect, a privately held mutual fund. Neither the reporting person,      or any trust in which he is a trustee controls or determines either (1) who the fund manager or investment advisors are or (2) what investments Awbury Partners purchases or sells or when it does so. Thus, neither the reporting person,      or trusts in which he is a trustee has any control regarding the investments of Awbury Partners. The value of Awbury Partners' investments is determined quarterly on the basis of the value of the partnerships underlying investments.

NOTE 2: P2 Capital Fund IV, L.P., is a pooled investment partnership, which is not controlled by either the reporting party or     

NOTE 3: Saugatuck Capital V LLC and Saugatuck Capital VI LLC are private equity partnerships, which are not controlled by either the reporting party or      The Capital V partnership is currently wholly invested in Femco Holdings LLC, a privately held company located in Pennsylvania, and the Capital VI is invested in Exocor, Inc., a Canadian corporation.

NOTE 4: Trusts ##1 and 2, which were shown on previous reports, were terminated effective as of 02/15/06 and all of the assets (which were cash) then held by the trusts were distributed in their entirety to the beneficiaries of the trusts, so that as of December 31, 2006, neither of these trusts existed. The other trusts will continue to be numbered from #3 to avoid confusion with prior reports. Trust #3 was terminated effective 06/21/08 and the assets within the trust were distributed in kind to the beneficiary of the Trust. As a result, as of December 31, 2008, Trust # 3 held no assets and nwas terminated. Trust #3 will not appear in future reports. Trust # 5 will terminate in 2010.

NOTE 5: The CT Municipal Money Market was transferred electronically to Fidelity Institutional Money Market Fund in on February 11, 2009.

NOTE 6: Payment for teaching at University of Melbourne was split between 2009 and 2010. The second payment of $7952.60 was made on February 17, 2010 and will be shown on next year's report. The payments differed in amount because of currency fluctuations, as the teaching stipend was based on Australian dollars. The payment was intended to cover the reporting person's travel expenses, lodging and food.

| Name of Person Reporting | Date of Report |
|---|---|
| Kravitz, Mark R. | 05/03/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544